1 | SHEPPARD, MULLIN, RICHTER & HAMPTON llp
  | A Limited Liability Partnership
  | Including Professional Corporations
2 | HAYLEY GRUNVALD, Cal. Bar No. 227909
  | hgrunvald@sheppardmullin.com
3 | 12275 El Camino Real, Suite 100
  | San Diego, California  92130-4092
4 | Telephone:    858-720-8900
  | Facsimile:    858-509-3691
5 |
6 | Attorneys for Defendant
  | DOLLAR TREE STORES, INC.
7 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CINDY CORRY, an individual, | Case No.: 3:23-cv-04976-VC |
|---|---|
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO SUBMIT ENTIRE ACTION TO ARBITRATION |
| v. | **AS MODIFIED** |
| DOLLAR TREE STORES, INC., a Virginia corporation; and DOES 1-20, | District Judge: Vince Chhabria |
|  | Courtroom: 4 – 17th Floor |
| Defendants. |  |

-1-

# [PROPOSED] ORDER

**PURSUANT TO THIS STIPULATION, IT IS HEREBY ORDERED THAT:**

1. This matter shall be submitted to arbitration with JAMS, ~~and the Court shall retain jurisdiction to enforce this Joint Stipulation to Submit to Arbitration, to enforce any arbitration award, and to perform any other roles as permitted by the Federal Arbitration Act and/or other applicable laws or rules of this Court;~~

2. All dates currently set by the Court shall be vacated.

3. ~~An arbitration status conference shall be set for _____, 2024.~~

The case is dismissed without prejudice. See Johnmohammadi v. Bloomingdale's, Inc., 755 F.3d 1072, 1073-74 (9th Cir. 2014).

**IT IS SO ORDERED.**

Dated: October 18, 2023



UNITED STATES DISTRICT COURT JUDGE
APPROVED
Judge Vince Chhabria

-2-